UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCO VERCH,

                         Plaintiff,

-against-

WHITE WHALE RESTAURANT, INC.,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 2:19-cv-1545-RRM-GRB

ECF Case

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

Plaintiff March Verch dismisses the within action with prejudice and in its entirety.  Each party

shall bear its or his own costs and fees, including attorneys' fees, incurred in connection with this

action.

Dated: ~~June~~ July 23 , 2019

LIEBOWITZ LAW FIRM, PLLC

By:_____
       Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By:_____
       Robert D. Balin
1251 Avenue of the Americas, 21st Floor
New York, New York  10020
(212) 489-8230
robertbalin@dwt.com

*Attorneys for Defendant*